NUMBER 13-02-670-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


BALJIT SANDHU, ET AL., Appellants,


v.



CANDELARIA MARCIAL BAUTISTA, ET AL., Appellees.

____________________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Opinion Per Curiam


 Appellants, BALJIT SANDHU, ET AL., perfected an appeal from a judgment
entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-464-01-B-1. After the record and briefs were filed and after the cause was set for
submission, appellants filed a motion to dismiss the appeal. In the motion, appellants
state that the parties have settled their dispute as to the award of ad litem fees and
that this disposes of all issues involved in the appeal. Appellants request that this
Court dismiss the appeal, with costs to be adjudged against the party incurring same,
pursuant to settlement.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants'
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 28th day of August, 2003.